UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:98-CR-56-1F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBIN OSVALDO RODRIGUEZ-DUARTE, | ) | |
| Defendant. | ) | |

It having been shown that reasonable efforts to collect the ordered fine in this action are not likely to be effective due to the deportation of defendant, the court hereby ORDERS that the unpaid fine imposed is hereby remitted in the interest of justice. *See* 18 U.S.C. § 3573.

SO ORDERED.

This the 15th day of August, 2011.

James C. Fox
Senior United States District Judge